FRANCES J. BYRNES, Respondent, *v.* MARIA L. LABAGH et al., MATTHIAS PLUM, Appellants.

(Argued June 22, 1887; decided July 1, 1887.)

*William Pierrepont Williams* for appellants.

*John Henry Hull* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

———

THE PEOPLE ex rel. THE SEMINARY OF OUR LADY OF ANGELS, Respondent, *v.* THOMAS M. BARBER et al., as Assessors, etc., Appellants.

(Submitted June 22, 1887; decided July 1, 1887.)

*Joel L. Walker* for appellants.

*Charles H. Piper, Sr.,* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.